John A. Daniels, Esq. (Bar I.D. 045721992)
**DANIELS & DANIELS, LLC**
6812 Park Avenue
Guttenberg, NJ 07093
(201) 868-1868
Attorneys for Plaintiffs

*12-2994 MCA*
*12-2994 (MCA)*

| | |
|---|---|
| DONNA DELOY AND THOMAS DELOY )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>POLICE OFFICER RICHARD HOLICKI, POLICE )<br>OFFICER ALBERCKER, TOWNSHIP OF LYNDHURST )<br>POLICE DEPARTMENT, TOWNSHIP OF LYNDHURST, )<br>CONSTRUCTION OFFICIAL MARK SARDONIS, )<br>JOHN DOE 1, agent, servant and/or employee of )<br>the Township of Lyndhurst who anticipated in the )<br>arrest of DONNA DELOY, and JOHN DOE, agent, )<br>servant and/or employee of THE TOWNSHIP OF )<br>LYNDHURST engaging in a pattern of harassing of )<br>harassment and selective enforcement to )<br>DONNA DELOY, )<br>Defendants. ) | CASE NO.: ~~2:33-av-00001~~<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AND<br>WITHOUT COSTS** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Count 4 and Count 5 of Plaintiff's Complaint is hereby dismissed with prejudice and without costs and it is further stipulated and agreed that Defendant Mark Sardonis be removed as a party from the within matter and all allegations against him be dismissed with prejudice and without costs against any of the parties..

Dated:
By: *[signature]*
John A. Daniels, Esq.
Daniels & Daniels, LLC
Attorneys for Plaintiffs
Date: 8/13/15

*[signature]*
Harry Norton, Esq.
Norton, Sheehy & Higgins, P.C.
Attorneys for Defendants
Date: 8/11/15

**SO ORDERED**
*[signature]*
**Madeline Cox Arleo, U.S.D.J.**