UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA DELOY, et al.,<br><br>          Plaintiffs,<br>v.<br><br>POLICE OFFICER RICHARD HOLICKI, et al.,<br><br>          Defendants. | Civil Action No.<br><br>2:12-cv-02994-MCA-LDW<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of letter from plaintiffs' counsel from the firm of Bedi Rindosh indicating that plaintiffs will proceed *pro se* in this matter (ECF No. 81); and for good cause shown;

**IT IS** on this day, January 29, 2016:

**ORDERED**, that plaintiffs are to file a substitution of *pro se* parties for counsel that includes plaintiffs' contact information for the Court's records.

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge